HOUSTON *v.* HOUSTON.

GRICE, Justice. The discretion of the judge in awarding temporary alimony and attorney's fees will not be disturbed, unless abused; and under the facts of this case there was no abuse of discretion in awarding the moderate sums here shown. *Gaulding* v. *Gaulding,* 184 *Ga.* 689 (192 S. E. 724), and cit.

*Judgment affirmed. All the Justices concur.*

No. 12331. MAY 11, 1938.

*Wyatt & Morgan,* for plaintiff in error. · *S. H. Dyer,* contra.